1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
STEVEN J. HAYS,              )
                             )
        Plaintiff(s),        )     No.  C10-0569 BZ
                             )
    v.                       )
                             )     ORDER REASSIGNING CASE
HUMBOLDT SUPERIOR COURT, et  )
al.,                         )
                             )
        Defendant(s).        )
                             )
```

The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c). Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

**IT IS HEREBY ORDERED** that the Clerk shall immediately **REASSIGN** the above captioned case to Magistrate Judge Nandor

///

///

///

1

Vadas. Judge Vadas sits in Eureka - 514 H Street, Eureka, California 95502.

Dated: February 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\ORDER FOR TRANSFER OF CASES TO EUREKA. RE HAYS V HUMBOLDT SUPERIOR CT.wpd

2