1  KAMALA HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JOHN P. DEVINE
   Deputy Attorney General
4  State Bar No. 170773
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5522
6   Fax:  (415) 703-5480
    E-mail:  John.Devine@doj.ca.gov
7  *Attorneys for Defendants State of California
   and Superior Court of California, Humboldt County*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEVEN J. HAYS,** | Case No.: C-10-00569-CRB |
| Plaintiff, | [Proposed] **ORDER DISMISSING ACTION** |
| v. | |
| **STATE OF CALIFORNIA ET AL.,** | |
| Defendants. | |

By order filed September 15, 2010, the Court dismissed plaintiff Steven J. Hays' complaint with leave to amend.  The Court directed plaintiff to file any amended complaint no later than October 8, 2010.  Plaintiff subsequently failed to file any amended complaint.

Accordingly, the instant action is hereby DISMISSED WITH PREJUDICE.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  _June 15, 2011_____

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[Proposed] ORDER (C-10-00569-CRB)